# Court of Appeals
# of the State of Georgia

ATLANTA,    May 01, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1466.  RICHARD CLARK v. THE STATE.**

On February 18, 2014, the trial court entered an order denying Richard Clark's motion for out-of-time appeal.  On March 26, 2014, Clark filed a notice of appeal to this Court.  Pursuant to OCGA § 5-6-38 (a), a notice of appeal must be filed within 30 days of entry of the order on appeal.  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Here, Clark filed his notice of appeal 34 days after entry of the order he seeks to appeal. His appeal is therefore untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/01/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*